**Order entered September 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00973-CR

### ISIDRO REYNA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F-1162933-Q**

## ORDER

Before Justices Bridges, Fillmore, and Brown

Appellant's August 24, 2015 Motion for Rehearing is **DENIED**.

           /s/     ADA BROWN
                  JUSTICE